**ORIGINAL**

FILED

07/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0317

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0317

STATE OF MONTANA,

Plaintiff and Appellee,

v.

DAVID ALAN DAMON,

Defendant and Appellant.

### ORDER

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure.

Appellant David Alan Damon filed a pro se "Notice of Appeal and Brief [in] Support" on May 20, 2024. Appellant then filed a "Supplemental Brief" on July 29, 2024. Appellant served both documents upon the County Attorney and Attorney General. The Court interprets Appellant's "Supplemental Brief" to be intended as his Opening Brief and will deem the documents attached to his "Notice of Appeal" as an Appendix to the Appellant's Opening Brief.

IT IS ORDERED that above-referenced brief is accepted as the Appellant's Opening Brief, and the papers included with the Notice of Appeal shall be docketed as Appellant's Appendix.

IT IS FURTHER ORDERED that the times for subsequent briefing contained in M. R. App. P. 13 shall run from the date of this Order.

The Clerk is directed to mail a true copy of this Order to the Appellant and to all parties of record.

DATED this 29th day of July, 2024.

For the Court,

By _____
Justice